```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA


FERNANDO CANO-BUCIO,            )   No. CV 10-02502 SVW (SS)
                                )
               Petitioner,      )   ORDER ADOPTING FINDINGS,
                                )   CONCLUSIONS, AND
          v.                    )   RECOMMENDATIONS OF UNITED
                                )   STATES MAGISTRATE JUDGE
QUINTANA (Warden),              )
                                )
               Respondent.      )
_____)
```

Pursuant to 28 U.S.C. §636, the Court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed, and no objections to the Report and Recommendation have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge, with the exception that this action be dismissed without prejudice.

Accordingly, **IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action without prejudice, and (2) that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

1  **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order
2 and the Judgment herein on Petitioner and counsel for Respondent.
3
4  **IT IS SO ORDERED.**
5
6
7 DATED:   June 29, 2010
                                          STEPHEN V. WILSON
8                                         United States District Judge